## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John D. Mitzel                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-21479 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ **Brian C. Nicholas**
                                        Brian Nicholas
                                        12 Sep 2023, 12:44:22, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: b3e3ce7362420553739f5cb7503eb029011063ea257b949def53834cf858e4cd