## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:   John D. Mitzel, | : | Case No.: 23-21479-CMB |
| | : | |
| Debtor. | : | Chapter 13 |
| | : | |
| John D. Mitzel, | : | Document No.: 29 |
| | : | |
| Movant, | : | Related Document No.: 25, 26 |
| | : | |
| v. | : | |
| | : | |
| No Respondent, | : | Hearing Date and Time: |
| | : | **October 26, 2023, at 2:30 p.m.** |
| Respondent. | : | |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTOR'S APPLICATION TO EMPLOY REALTOR AND BROKER

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application filed on September 27, 2023, at Document No. 25 have been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objections appear thereon. Pursuant to the Notice of Hearing and Response Deadline at Document No. 26, Objections were to be filed and served no later than October 14, 2023.

It is hereby respectfully requested that the Proposed Order filed as an Exhibit attached to Motion/Application recorded at Document No. 25 be entered by the Court.

Date: October 16, 2023

/s/ Brian C. Thompson
Brian C. Thompson, Esquire
Attorney for Debtor(s)
PA ID No. 91197
THOMPSON LAW GROUP, P.C.
125 Warrendale Bayne Road, Suite 200
Warrendale, PA 15086
(724) 799-8404 Telephone
(724) 799-8409 Facsimile
bthompson@thompsonattorney.com