IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: John D. Mitzel, | : | Case No.: 23-21479-CMB |
| Debtor. | : | |
| | : | Chapter 13 |
| John D. Mitzel, | : | Related to Doc. No. 25 |
| | : | Hearing: October 26, 2023 at 2:30 p.m. |
| Movant, | : | |
| v. | : | **ENTERED BY DEFAULT** |
| No Respondent, | : | |
| Respondent. | : | |

### ORDER APPROVING EMPLOYMENT OF REALTOR/BROKER

AND NOW, this __17th__ day of __October__, 2023, upon consideration of the

***APPLICATION TO EMPLOY REALTOR/BROKER***, it is ORDERED, ADJUDGED and DECREED as follows:

1.  Jennifer Drass of, 519 broad Street, Sewickley, PA 15143, is hereby appointed as ***Realtor*** and Piatt Sotheby's International Realty - West Penn Multi List, Inc. as ***Broker***, for the Debtor in this bankruptcy proceeding pursuant to the terms described in the Listing Agreement attached to the Application for the purpose of acting as the Debtor's agent in connection with the sale of piece of property located at 609 Marshall Avenue, Pittsburgh, PA 15214. A Broker's Commission of 6% or $5,000.00, whichever is greater, and a $450.00 brokerage commission fee paid by the owner, at a selling price of $110,000.00.

2.  Professional persons or entities performing services in the above case are advised that approval of fees for professional services will be based on other factors as well including results accomplished, the time and labor reasonably required by the applicant to perform the task(s) involved, the customary fee for similar services, the time limitations imposed by the retention or the circumstances encountered while performing the services, the relationship of the services, if any, to the ultimate bid amount for the subject property, and the extent and nature of awards in similar cases.

3.  Approval of any application for appointment of a professional in which certain fees are requested is not an agreement by the Court to allow such fees in the requested amount. Final compensation, as awarded by the Court after notice and hearing, may be more or less than the requested amount based on application of the above criteria.

4.  ***Applicant shall serve the within Order on all interested parties and file a certificate of service.***

FILED
10/17/23 9:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Carlota M. Böhm*   jah
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrator to mail to:
    Carlota Böhm, Bankruptcy Judge
    via CM:ECF e:mail
    Debtor
    Counsel for the Debtor
    Realtor/Broker

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
John D. Mitzel  
    Debtor

Case No. 23-21479-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 1  
Date Rcvd: Oct 17, 2023      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John D. Mitzel, 434 Perry Circle, Cranberry Twp, PA 16066-2142 |
| r | + | Jennifer Drass, 519 Broad Street, Sewickley, PA 15143-1780 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas  
     on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian C. Thompson  
     on behalf of Debtor John D. Mitzel bthompson@ThompsonAttorney.com  
     blemon@thompsonattorney.com;bthompson@ecf.courtdrive.com;mgillespie@thompsonattorney.com;kfinke@thompsonattorney.com;mrowe@thompsonattorney.com;thompson.brianr111424@notify.bestcase.com

Office of the United States Trustee  
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour  
     cmecf@chapter13trusteewdpa.com

TOTAL: 4