**Date: 12/07/2023 02:30 pm**

**In re:   John D. Mitzel**

**Bankruptcy No. 23-21479-CMB**
**Chapter: 13**
**Doc. # 37**

**Appearances:  Brian Thompson**
**Alyk Oflazian**
**James Warmbrodt**

**Nature of Proceeding: #37 Motion to Sell Real Estate Known as 609 Marshall Avenue, Pittsburgh, PA 15214 Free and Clear of Third Party Interest, Liens, Claims, Charges and/or Encumbrances In Accordance with 11 U.S.C. Section 363(f)**

**Additional Pleadings:  #41 Response by PNC Bank**

**OUTCOME: Hearing held. No higher or better offers. No objections. Sale confirmed. Attorney Lemon to file Order Confirming Sale by December 17, 2023.**

**Carlota Böhm**
**U.S. Bankruptcy Judge**

FILED
12/8/23 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA