**John D. Mitzel**
**Case No. 23-21479-CMB**

**Western District of Pennsylvania**

**CATEGORY LISTING OF TIME AND SERVICES ON BEHALF OF DEBTOR**
Category 1 - Case Administration, Preparation and Filing of Documents, Lien Search
Category 2 - Preparation for and Appearance at 341 meetings and Hearings
Category 3 - Claims Administration
Category 4 - Consultation and Communication with client, correspondence with creditors and other third parties
Category 5 - Fee Application Preparation
Category 6 - Administrative Services, ie, file maintenance, docket review, typing, filing & service of documents
Category 7 – LMP Services

**LEGEND:**
BT – Brian Thompson ($300/hr. for professional services, $150/hr. travel time)
BJL – Brent J. Lemon

| DATE | TIMEKEEPER | CATEGORY | DESCRIPTION OF SERVICE | RATE | HOURS | COST |
|---|---|---|---|---|---|---|
| 11/08/2023 | BJL | 4 | Phone call with debtor re sale of property | $350.00 | 0.3 | $105.00 |
| 11/13/2023 | BT | 1 | Prepare and file motion to sell property | $350.00 | 0.7 | $245.00 |
| 11/17/2023 | BT | 4 | Review response to motion to sell | $350.00 | 0.2 | $70.00 |
| 11/27/2023 | BT | 1 | Prepare and file proof of publication | $350.00 | 0.4 | $140.00 |
| 12/06/2023 | BJL | 4 | Review stipulation and correspond with counsel | $350.00 | 0.3 | $105.00 |
| 12/07/2023 | BJL | 2 | Prepare for hearing on motion to approve sale | $350.00 | 0.3 | $105.00 |
| 12/07/2023 | BJL | 2 | Attend hearing on motion to approve | $350.00 | 0.5 | $175.00 |
| 12/08/2023 | BT | 1 | Review post-hearing memo | $350.00 | 0.1 | $35.00 |
| 12/11/2023 | BJL | 4 | Telephone call with debtor re sale | $350.00 | 0.2 | $70.00 |
| 12/15/2023 | BT | 1 | Prepare and file revised proposed order | $350.00 | 0.4 | $105.00 |

**Total Hours: 3.4** = $1,155.00

**Expenses Total** $449.00

**Advertising** $449.00

**TOTAL DUE: $1,604.00**